## AMSTER ROTHSTEIN & EBENSTEIN LLP

*Intellectual Property Law*

90 Park Avenue
New York NY 10016

Main   212 336 8000
Fax    212 336 8001
Web    www.arelaw.com

| Partners | Senior Counsel | | |
|---|---|---|---|
| Morton Amster | Charles R. Macedo | Max Vern | Hsin-Hsin (Ginger) Liu |
| Jesse Rothstein (1934-2003) | Mark J. Rosenberg | Karl J. Kolbinger | John Lepore |
| Daniel Ebenstein | Nancy M. Dodderidge | Brian A. Comack | Norajean McCaffrey |
| Philip H. Gottfried | Joseph M. Casino | Richard S. Mandaro | Benjamin M. Halpern* |
| Michael J. Berger | | Marc J. Jason | Matthew A. Fox |
| Neil M. Zipkin | *Associates* | Elie H. Gendloff, Ph.D. | Michael J. Kasdan |
| Anthony F. Lo Cicero | Neal L. Rosenberg | David Mitnick | Sasha B. Rieders |
| Kenneth P. George | Patrick Boland* | Charles W. Rath | Rebecca R. Eisenberg |
| Abraham Kasdan, Ph.D. | John S. Economou | David A. Boag | |
| Ira E. Silfin | Michael V. Solomita | Karen J. Bernstein | |
| Chester Rothstein | Holly Pekowsky | Matthieu Hausig | |
| Craig J. Arnold | Michael P. Kenney | Jung S. Hahm | |
| Kenneth M. Bernstein | Marion P. Metelski | Reiko Kaji | |
| | | Alan D. Miller, Ph.D. | * Not admitted in New York |

August 11, 2005

**Via HAND DELIVERY**

Anthony F. Lo Cicero
Direct 212 336 8110
E-mail alocicero@arelaw.com

Hon. James M. Munley
United States District Judge
William J. Nealon Federal Building &
U.S. Courthouse
235 N. Washington Avenue
P.O. Box 1148
Scranton, PA 18501

Re:   Calvin Clothing Company, Inc. v. Calvin Klein, Inc. et al.
      Civil Action No. 3:04-CV-2729
      Our File: 16181/3

Dear Judge Munley:

We represent the plaintiff, Calvin Clothing Company, Inc., in this action. This is in response to opposing counsel Michael Perry's letter of August 4, 2005 which made reference to the action that was filed by the defendants against the plaintiff and its licensee a few days ago in the Southern District of New York. The New York action deals with the same subject matter as that in this case and is another attempt to deprive the plaintiff of its right to litigate in Scranton.

Please be advised that the defendants in the New York action (including Calvin Clothing Company) will be moving to dismiss, transfer or stay the New York action in favor of the above action which has been pending before your Honor for more than seven months.

In light of your Honor's judicial preferences, which we have reviewed, we are reluctant to communicate by this letter, but we feel compelled to do so in order to respond to the inappropriate communication from opposing counsel.

318737.1

Hon. James M. Munley -2- August 11, 2005

Very truly yours,

AMSTER, ROTHSTEIN & EBENSTEIN LLP

Anthony F. LoCicero

AFLoC:MJJ/sb
cc: Edward E. Vassallo, Esq.

318737.1